# Exhibit 4

| Infringement Claim Chart for U.S. Pat. No. US9456086B1 v. WEX Inc. ("Defendant") |
|---|

Claim 1 is not being asserted but is charted for the purpose of asserting claim 9, which depends on claim 1.

| Claims | Evidence |
|---|---|
| 1. A method for matching a first subset selected from a plurality of first entities with a second subset selected from a plurality of second entities, comprising: | The Wex Customer Service system with intelligent routing performs a method of matching a first entity with a second entity.<br><br>For example, the Wex Customer Services system matches a caller, which is the first subset of multiple first entities, to a call center agent, which is the second subset of multiple second entities. The Wex Customer Service system runs on eGain (CCaaS - Contact Center as a Service).<br><br><br><br>Source: https://customer.wexinc.com/contact/ |

1



Source: https://www.egain.com/customers/



Source: https://www.egain.com/customers/

| storing in a memory a plurality of multivalued scalar data representing inferential targeting parameters for the first subset; | The Wex Customer Service system stores a plurality of multivalued scalar data representing inferential targeting parameters for the first subset.<br><br>For example, the Wex Customer Service system uses one or more of: interactive voice response (IVR), keypad menus, and caller identification information to determine the nature of a call and thereby, the required characteristics of a call center agent to help the caller. This information is represented by a plurality of multivalued scalar data, which are stored and used by the system as target parameters to match the caller to an appropriate call center agent.<br><br><br><br>Source: https://customer.wexinc.com/contact/ |

# eGain SmartIVR™

eGain SmartIVR is an over-the-top solution to modernize IVR systems. Businesses can offer smartphone callers an easy choice to resolve queries via digital messaging and intelligent self-service. And they can optimize the IVR experience with end-to-end analytics.

**Connect callers**

With eGain Conversation Hub to digital messaging

**Solve queries**

With virtual assistance and AI and knowledge

**Optimize customer journeys**

With analytics across IVR and digital touchpoint

Source: https://www.egain.com/smart-ivr/

Our IVR Analytics can tell you that and more!

eGain IVR Analytics™ empowers contact centers to easily understand customer behavior and assess customer experience inside their IVR system.

Using eGain's interactive, business-friendly tool, analysts can visually identify bottlenecks in IVR journeys to understand root causes for abandonment and escalation. With these insights, they can optimize IVR pathways, smartly adding digital off-ramps like SMS Chat and Virtual Assistance to improve NPS and reduce service cost.

Source: https://www.egain.com/ivr-analytics/



## eGain CallTrack enables agents to track, handle, and resolve customer phone calls, guided by AI and knowledge



Personalize customer conversation using IVR and caller information

Omnichannel case history and contextual knowledge in the agent desktop

AI-assist capability to summarize conversation and automate wrap-up

Source: https://www.egain.com/conversation-hub/egain-calltrack/

6



Source: https://ebrain.egain.com/kb/featureguides/content/EASY-6852/Chat-Routing-and-Assignment

| | |
|---|---|
| storing in the memory a plurality of multivalued scalar data of each of the plurality of second entities, representing respective characteristic parameters for each respective second entity; | The Wex Customer Service system stores a plurality of multivalued scalar data, representing characteristic parameters, for each of the second entities.<br><br>For example, the Wex Customer Service system stores the respective characteristics of multiple call center agents. These agent characteristics include skills and respective skill levels. The agent characteristics are used by the system to match the caller to an appropriate call center agent.<br><br>**Viewing Conversation History**<br><br>Agents can view the entire conversation history of a customer using Conversation View. It allows an agent to see all the conversations that has happened in past with a customer through all the channels: **email, phone, social, chat, and task.**<br><br>The activities displayed in the Conversation View also contain any information previously sent to the customer, such as attachments, links to Knowledge Base articles, and for chat activities it also shows the actions undertaken by the agent involved in that conversation (escalations, transfers, etc). This helps in faster resolution of issues and improves efficiency.<br><br>For the chat activities, an agent can simply scroll up in the chat pane to see previous conversation. For Main Inbox activities, an agent needs to click the **Show Conversation** button to see the conversation history.<br><br>Note that agents are able to see all previous conversation history by default. However, the Administrator can disable this setting from the **Enable Conversation Stream** option in the department's Settings.<br><br>Source: https://help.egain.com/help/agent/conversation_view.htm |

## Chat Routing and Assignment

Route customer queries using AI Routing rules or proactively offer chats using AI Offers.

Chats are routed through an entry point that determines the features available, like secure authentication, video, page push, deflection and more, and then placed in an omnichannel queue. Queues represent skills or skill group required to service that query. Chats are assigned from the queues to agents with matching skills based on assignment rules.

9

| | |
|---|---|
| | Source: https://ebrain.egain.com/kb/featureguides/content/EASY-6852/Chat-Routing-and-Assignment<br><br>• **Omnichannel Communication Platform:** Integrates multiple communication channels into a unified interface, allowing agents to seamlessly handle customer interactions regardless of the channel used,<br><br>• **Intelligent Routing System:** Directs customer inquiries to the most qualified agents based on skills, availability, and customer needs.<br><br>• **Knowledge Management System:** Provides agents with instant access to relevant information and solutions, enabling faster and more accurate responses.<br><br>• **Analytics and Reporting Tools:** Contact and call center analytics software offer detailed insights into contact center performance, customer behavior, and operational efficiency.<br><br>Source: https://www.egain.com/what-is-contact-center-software/ |
| performing, using an automated processor, an optimization with respect to at least an economic surplus of a respective mutually | The Wex Customer Service system with intelligent routing performs, using an automated processor and based on at least the stored plurality of multivalued scalar data, an Economic optimization. The optimization seeks to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, while at the same time considering an opportunity cost of the unavailability of the second entity as a result of the match.<br><br>For example, based on the required agent characteristics and the respective characteristics of multiple call center agents, the Wex Customer Service system selects an appropriate agent for helping the caller. This selection is made by making, for each of the multiple agents, a cost-benefit determination of a prospective matching of the caller with a |

| | |
|---|---|
| exclusive match of the first subset with the second subset, and an opportunity cost of the unavailability of the second subset for matching with an alternate subset of the plurality of first entities; and | given agent. The cost-benefit for the prospective match is based on the benefits of a close matching of the characteristics, and the costs of factors such as call queue length, number of available agents, and average call length, that affect the performance of the system. This prospective match is mutually exclusive in the sense that the caller is assigned only to that agent and the agent to only that caller for the duration of their call. Therefore, the cost-benefit determination also accounts for the fact that the agent cannot handle other calls while handling this call, which reflects an opportunity cost. The system matches the caller to the agent associated with the prospective match that has the maximum benefit while considering the costs, which is the so-called economic surplus.  |

| | |
|---|---|
| | Chats are routed through an entry point that determines the features available, like secure authentication, video, page push, deflection and more, and then placed in an omnichannel queue. Queues represent skills or skill group required to service that query. Chats are assigned from the queues to agents with matching skills based on assignment rules.<br><br>Source: https://ebrain.egain.com/kb/featureguides/content/EASY-6852/Chat-Routing-and-Assignment<br><br>• **Omnichannel Communication Platform:** Integrates multiple communication channels into a unified interface, allowing agents to seamlessly handle customer interactions regardless of the channel used,<br><br>• **Intelligent Routing System:** Directs customer inquiries to the most qualified agents based on skills, availability, and customer needs.<br><br>• **Knowledge Management System:** Provides agents with instant access to relevant information and solutions, enabling faster and more accurate responses.<br><br>• **Analytics and Reporting Tools:** Contact and call center analytics software offer detailed insights into contact center performance, customer behavior, and operational efficiency.<br><br>Source: https://www.egain.com/what-is-contact-center-software/ |

**Improved Response Times**

- **Faster issue resolution**: Smart routing and automated responses help resolve customer issues more quickly than ever before.

- **Reduced wait times**: Queue management and callback options significantly reduce customer hold times.

- **Proactive customer communication**: The system automatically sends updates and notifications to keep customers informed about their inquiry status.

- **Real-time support options**: Multiple digital channels like chat and messaging provide instant support options for customers.

Source: https://www.egain.com/what-is-contact-center-software/

Consistent knowledge, delivered in the flow of customer conversations from a centralized omnichannel hub of trusted knowledge and knowhow, reduces repeat calls and improves the seemingly conflicting metrics of First-Contact Resolution (FCR) and Average Handle Time (AHT). The increased effectiveness and efficiency reduces the need to hire new agents, helping control or even reduce service costs while improving CX.

Source: https://www.egain.com/blog/knowledge-management-slash-costs/

| | |
|---|---|
| outputting a signal in dependence on | The Wex Customer Service system outputs a signal in dependence on the optimization. For example, the Wex Customer Service system generates and outputs a signal for |

13

| | |
|---|---|
| the optimization. | connecting the caller with the matched agent.<br><br>**Contact Center Software: Key Components**<br>• **Omnichannel Communication Platform**: Integrates multiple communication channels into a unified interface, allowing agents to seamlessly handle customer interactions regardless of the channel used,<br>• **Intelligent Routing System**: Directs customer inquiries to the most qualified agents based on skills, availability, and customer needs.<br>• **Knowledge Management System**: Provides agents with instant access to relevant information and solutions, enabling faster and more accurate responses.<br>• **Analytics and Reporting Tools**: Contact and call center analytics software offer detailed insights into contact center performance, customer behavior, and operational efficiency.<br><br>• **Handling customer inquiries and complaints**: Agents can efficiently manage incoming questions and concerns through multiple channels, ensuring timely responses and resolution. The software provides tools for tracking, prioritizing, and escalating issues when necessary.<br><br>Source: https://www.egain.com/what-is-contact-center-software/ |



Source: https://ebrain.egain.com/kb/featureguides/content/EASY-6852/Chat-Routing-and-Assignment

15

| | |
|---|---|
| | |

Claim 9 is being asserted.

| Claims | Evidence |
|---|---|
| 9. The method according to claim 1, wherein the automated | The automated processor executes under the control of an operating system that has a message queue. In response to the signal that is output as a result of the optimization, the automated processor communicates with a communication router via messages passed through the message queue to effect control over the communication router. |

| processor executes under control of a software operating system having a message queue, wherein the automated processor communicates with a communication router controlled by the automated processor under the control of the operating system responsive to the signal via messages passed through the message queue. | For example, the Wex Customer Service system platform is implemented as a cloud-based service platform, which runs on Amazon Web Services (AWS) servers. AWS is hosted in a cloud communication environment, thereby providing a common operating environment for the execution of applications under the control of an operating system. In AWS, application communications are routed via messages passed through a managed message queue.<br><br><br><br>Source: https://www.egain.com/egain-for-amazon-connect/ |

**Messages and notifications**

AWS messaging services provide core communication for users and applications. Amazon Simple Queue Service (SQS) is a managed message queue that sends, stores and receives messages between components of distributed applications to ensure the parts of an application work as intended.

Source: https://www.techtarget.com/searchaws/definition/Amazon-Web-Services



Source: https://www.egain.com/egain-for-amazon-connect/

18

Amazon Connect is a self-service, cloud-based contact center service that makes it easy for any business to deliver better customer service at lower cost. Amazon Connect is based on the same contact center technology used by Amazon customer service associates around the world to power millions of customer conversations. The self-service graphical interface in Amazon Connect makes it easy for non-technical users to design contact flows, manage agents, and track performance metrics – no specialized skills required. There are no up-front payments or long-term commitments and no infrastructure to manage with Amazon Connect; customers pay by the minute for Amazon Connect usage plus any associated telephony services. The smooth integration of eGain Solve and Amazon Connect makes it super-easy for businesses to deliver omnichannel service that is cost-effective, reliable, and scalable.

Source: https://www.egain.com/egain-for-amazon-connect/

Claim 11 is not being asserted but is charted for the purpose of asserting claim 18, which depends on claim 11.

| Claims | Evidence |
|---|---|
| 11. A method for matching a first entity with a second entity, comprising: | The Wex Customer Service system performs a method of matching a first entity with a second entity.<br><br>For example, the Wex Customer Services system matches a caller, which is the first entity, to a call center agent, which is the second entity. Wex Customer Service system runs on eGain Generative Contact center Service Cloud.<br><br>**Still have questions?**<br>**Call WEX customer support**    Call WEX<br><br>1-833-CALL-WEX (**1-833-225-5939**)<br><br>Source: https://customer.wexinc.com/contact/ |



Source: https://www.egain.com/customers/



Source: https://www.egain.com/customers/

| storing a plurality of multivalued | The Wex Customer Service system stores a plurality of multivalued scalar data representing inferential targeting parameters for the first entity. |
|---|---|

22

| | |
|---|---|
| scalar data representing inferential targeting parameters for the first entity; | For example, the Wex Customer Services system uses one or more of: interactive voice response (IVR), keypad menus, and caller identification to determine the nature of a call and thereby, the required characteristics of a call center to help the caller. This information is represented by a plurality of multivalued scalar data, which are stored and used by the system as target parameters for matching the caller to an appropriate call center agent.<br><br><br><br>Source: https://customer.wexinc.com/contact/ |

# eGain SmartIVR™

eGain SmartIVR is an over-the-top solution to modernize IVR systems. Businesses can offer smartphone callers an easy choice to resolve queries via digital messaging and intelligent self-service. And they can optimize the IVR experience with end-to-end analytics.

**Connect callers**

With **eGain Conversation Hub** to digital messaging

**Solve queries**

With **virtual assistance** and **AI and knowledge**

**Optimize customer journeys**

With **analytics** across IVR and digital touchpoint

Source: https://www.egain.com/smart-ivr/

24

Our IVR Analytics can tell you that and more!

eGain IVR Analytics™ empowers contact centers to easily understand customer behavior and assess customer experience inside their IVR system.

Using eGain's interactive, business-friendly tool, analysts can visually identify bottlenecks in IVR journeys to understand root causes for abandonment and escalation. With these insights, they can optimize IVR pathways, smartly adding digital off-ramps like SMS Chat and Virtual Assistance to improve NPS and reduce service cost.

Source: https://www.egain.com/ivr-analytics/



eGain CallTrack enables agents to track, handle, and resolve customer phone calls, guided by AI and knowledge



Personalize customer conversation using IVR and caller information



Omnichannel case history and contextual knowledge in the agent desktop



AI-assist capability to summarize conversation and automate wrap-up

Source: https://www.egain.com/conversation-hub/egain-calltrack/

25



Source: https://ebrain.egain.com/kb/featureguides/content/EASY-6852/Chat-Routing-and-Assignment

| storing a plurality of multivalued scalar data of each of the plurality of second entities, representing inferential targeting parameters for a plurality of second entities; | The Wex Customer Service system stores a plurality of multivalued scalar data, representing inferential targeting parameters, for each of the plurality of second entities.<br><br>For example, the Wex Customer Service system stores the respective characteristics of multiple call center agents. These agent characteristics include skills and respective skill levels. The agent characteristics are represented by a plurality of multivalued scalar data and are used by the system as targeting parameters for matching the caller to an appropriate call center agent.<br><br>**Viewing Conversation History**<br><br>Agents can view the entire conversation history of a customer using Conversation View. It allows an agent to see all the conversations that has happened in past with a customer through all the channels: **email, phone, social, chat, and task.**<br><br>The activities displayed in the Conversation View also contain any information previously sent to the customer, such as attachments, links to Knowledge Base articles, and for chat activities it also shows the actions undertaken by the agent involved in that conversation (escalations, transfers, etc). This helps in faster resolution of issues and improves efficiency.<br><br>For the chat activities, an agent can simply scroll up in the chat pane to see previous conversation. For Main Inbox activities, an agent needs to click the **Show Conversation** button to see the conversation history.<br><br>Note that agents are able to see all previous conversation history by default. However, the Administrator can disable this setting from the **Enable Conversation Stream** option in the department's Settings.<br><br>Source: https://help.egain.com/help/agent/conversation_view.htm |



## Chat Routing and Assignment

Route customer queries using AI Routing rules or proactively offer chats using AI Offers.

Chats are routed through an entry point that determines the features available, like secure authentication, video, page push, deflection and more, and then placed in an omnichannel queue. Queues represent skills or skill group required to service that query. Chats are assigned from the queues to agents with matching skills based on assignment rules.

Source: https://ebrain.egain.com/kb/featureguides/content/EASY-6852/Chat-Routing-and-

| | Assignment |
|---|---|
| |

Source: https://www.egain.com/what-is-contact-center-software/ |
| performing using an automated processor, based on at least the stored plurality of multivalue scalar data, an economic optimization seeking to maximize a | The Wex Customer Service system with intelligent routing performs, using an automated processor and based on at least the stored plurality of multivalued scalar data, an Economic optimization. The optimization seeks to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, while at the same time considering an opportunity cost of the unavailability of the second entity as a result of the match.

For example, based on the required agent characteristics and the respective characteristics of multiple call center agents, the Wex Customer Service system selects an appropriate agent for helping the caller. This selection is made by making, for each of the multiple agents, a cost-benefit determination of a prospective matching of the caller with a given agent. The cost-benefit for the prospective match is based on the benefits of a close matching of the characteristics, and the costs of factors such as call queue length, number |

29

| | |
|---|---|
| normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, in conjunction with an opportunity cost of the unavailability of the second entity as a result of the match; and | of available agents, and average call length, that affect the performance of the system. This prospective match is mutually exclusive in the sense that the caller is assigned only to that agent and the agent to only that caller for the duration of their call. Therefore, the cost-benefit determination also accounts for the fact that the agent cannot handle other calls while handling this call, which reflects an opportunity cost. The system matches the caller to the agent associated with the prospective match that has the maximum benefit while considering the costs, which is the so-called economic surplus.<br><br> |

Chats are routed through an entry point that determines the features available, like secure authentication, video, page push, deflection and more, and then placed in an omnichannel queue. Queues represent skills or skill group required to service that query. Chats are assigned from the queues to agents with matching skills based on assignment rules.

Source: https://ebrain.egain.com/kb/featureguides/content/EASY-6852/Chat-Routing-and-Assignment

- **Omnichannel Communication Platform**: Integrates multiple communication channels into a unified interface, allowing agents to seamlessly handle customer interactions regardless of the channel used,

- **Intelligent Routing System**: Directs customer inquiries to the most qualified agents based on skills, availability, and customer needs.

- **Knowledge Management System**: Provides agents with instant access to relevant information and solutions, enabling faster and more accurate responses.

- **Analytics and Reporting Tools**: Contact and call center analytics software offer detailed insights into contact center performance, customer behavior, and operational efficiency.

Source: https://www.egain.com/what-is-contact-center-software/

31

| | |
|---|---|
| | **Improved Response Times**<br><br>• **Faster issue resolution**: Smart routing and automated responses help resolve customer issues more quickly than ever before.<br><br>• **Reduced wait times**: Queue management and callback options significantly reduce customer hold times.<br><br>• **Proactive customer communication**: The system automatically sends updates and notifications to keep customers informed about their inquiry status.<br><br>• **Real-time support options**: Multiple digital channels like chat and messaging provide instant support options for customers.<br><br>Source: https://www.egain.com/what-is-contact-center-software/ |
| outputting a signal in dependence on the optimization. | The Wex Customer Service system outputs a signal in dependence on the optimization.<br><br>For example, the Wex Customer Service system generates and outputs a signal for connecting the caller with the matched agent. |

32

**Contact Center Software: Key Components**

- **Omnichannel Communication Platform**: Integrates multiple communication channels into a unified interface, allowing agents to seamlessly handle customer interactions regardless of the channel used,

- **Intelligent Routing System**: Directs customer inquiries to the most qualified agents based on skills, availability, and customer needs.

- **Knowledge Management System**: Provides agents with instant access to relevant information and solutions, enabling faster and more accurate responses.

- **Analytics and Reporting Tools**: Contact and call center analytics software offer detailed insights into contact center performance, customer behavior, and operational efficiency.

- **Handling customer inquiries and complaints**: Agents can efficiently manage incoming questions and concerns through multiple channels, ensuring timely responses and resolution. The software provides tools for tracking, prioritizing, and escalating issues when necessary.

Source: https://www.egain.com/what-is-contact-center-software/

33



| | |
|---|---|
| | Chats are routed through an entry point that determines the features available, like secure authentication, video, page push, deflection and more, and then placed in an omnichannel queue. Queues represent skills or skill group required to service that query. Chats are assigned from the queues to agents with matching skills based on assignment rules. <br><br> Source: https://ebrain.egain.com/kb/featureguides/content/EASY-6852/Chat-Routing-and-Assignment |

Claim 18 is being asserted.

| Claims | Evidence |
|---|---|
| 18. The method according to claim 11, wherein signal comprises at least one message passed through a message queue of a computer operating system, which is communicate | The signal that is output in dependence upon the optimization comprises at least one message passed through a message queue of a computer operating system, which is communicated to a communication router operating under the operating system for control over the routing of communication. <br><br> For example, the Wex Customer Service system platform is implemented on eGain (Call Center as a Service) that runs on Amazon Web Services (AWS) servers. AWS is hosted in cloud communication environment i.e., common operating environment under the control of an operating system. In AWS, application communications are routed via messages passed through a managed message queue. |

| d to a communication router operating under the operating system for control over a routing of a communication. | |
|---|---|
| | **eGain Solve for Amazon Connect**<br><br>**Digital-first, omnichannel engagement solution for Amazon Connect, guided by knowledge, AI, and connected analytics**<br><br>eGain Solve for Amazon Connect, based on the AWS public-cloud infrastructure, powers connected, easy customer experience across all touchpoints. Its digital-first, omnichannel advisor desktop is powered by Artificial Intelligence (AI), knowledge, and analytics, including virtual assistance, through Amazon Alexa. The solution delivers transformational business value, including:<br><br>aws partner network<br><br>Standard<br>Technology Partner<br><br>• Agent time to competency improvement up to 75 percent<br>• NPS (Net Promoter Score) improvement up to 20 points<br>• FCR (First-Contact Resolution) improvement up to 25 percent<br>• Self-service deflection up to 60 percent<br><br>Source: https://www.egain.com/egain-for-amazon-connect/<br><br>**Messages and notifications**<br><br>AWS messaging services provide core communication for users and applications. Amazon Simple Queue Service (SQS) is a managed message queue that sends, stores and receives messages between components of distributed applications to ensure the parts of an application work as intended.<br><br>Source: https://www.techtarget.com/searchaws/definition/Amazon-Web-Services |

36



Source: https://www.egain.com/egain-for-amazon-connect/

Amazon Connect is a self-service, cloud-based contact center service that makes it easy for any business to deliver better customer service at lower cost. Amazon Connect is based on the same contact center technology used by Amazon customer service associates around the world to power millions of customer conversations. The self-service graphical interface in Amazon Connect makes it easy for non-technical users to design contact flows, manage agents, and track performance metrics – no specialized skills required. There are no up-front payments or long-term commitments and no infrastructure to manage with Amazon Connect; customers pay by the minute for Amazon Connect usage plus any associated telephony services. The smooth integration of eGain Solve and Amazon Connect makes it super-easy for businesses to deliver omnichannel service that is cost-effective, reliable, and scalable.

37

| | Source: https://www.egain.com/egain-for-amazon-connect/ |
|---|---|